

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  08-60010-CIV-MORENO

JAMES ROBERT SHOLAR,

    Petitioner,

vs.

SECRETARY FLORIDA DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING PETITION WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeus Corpus **(D.E. No. 1)**, filed on **January 3, 2008**.  The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **March 10, 2008**.  The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** on **March 10, 2008** is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that:

    (1)    the Petition for Writ of Habeus Corpus is DISMISSED without prejudice for lack of exhaustion; and

(2)     all pending motions are DENIED as moot.


DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Parties and Counsel of Record